UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CALVIN HOLTROP,

Plaintiff,

v.

DEAN TRANSPORTATION, INC.,

Defendant.

Case No. ________________

Honorable _______________

*Removed from Kent County Circuit Court*
*Case No. 26-21227-NZ*

Calvin Holtrop, Plaintiff
1043 College Avenue, NE, Apt. 5
Grand Rapids, MI 49503
(231) 683-7626
calvinholtrop@outlook.com

Elizabeth Wells Skaggs (P62133)
Charlotte E. Jolly (P87973)
Varnum LLP
Attorneys for Defendant
Bridgewater Place, P.O. Box 352
Grand Rapids, MI 49501-0352
(616) 336-6000
ewskaggs@varnumlaw.com
cejolly@varnumlaw.com

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1331, 1367, 1441, and 1446, Defendant Dean Transportation, Inc. ("Defendant"), by its attorneys, Varnum LLP, is removing this case from the Circuit Court for the County of Kent, Kent County, Michigan, to the United States District Court for the Western District of Michigan, Southern Division, and in support of such removal, states as follows:

## PROCEDURAL BACKGROUND

1. Plaintiff Calvin Holtrop ("Plaintiff") filed this action in Kent County Circuit Court on or about August 26, 2026, entitled *Calvin Holtrop v. Dean Transportation, Inc.*, Case Number 26-21227-NZ ("Kent County action"). (**Ex. A,** Summons and Complaint.)

2. On or around September 2, 2026, Defendant was served with a copy of the Complaint.

3. Upon information and belief, no other parties have been joined and served as defendants in this action.

4. Plaintiff's Complaint purports to assert the following claims: a federal law claim under the federal Fair Labor Standards Act (Counts I and II), and a state law claim under the Michigan Whistleblowers Protection Act (Count III).

5. Defendant has not yet answered Plaintiff's Complaint, and the time for answering the Complaint has not expired.

6. No further proceedings have occurred in the Kent County action.

**JURISDICTIONAL PROCEDURAL**
**REQUIREMENTS FOR REMOVAL**

7. This Court has original jurisdiction over this action pursuant to 28 U.S.C. § 1331 because Plaintiff's Complaint involves claims arising under the laws of the United States, specifically the Fair Labor Standards Act, 29 U.S.C. § 201 *et seq*.

8. This Court has supplemental jurisdiction over Plaintiff's state law claim under the Michigan Whistleblowers Protection Act pursuant to 28 U.S.C. § 1367(a) because those claims are so related to the claims over which this Court has original jurisdiction that they form the same case or controversy under Article III of the United States Constitution.

9. Because this Court has original jurisdiction over Plaintiff's federal law claims, and supplemental jurisdiction over Plaintiff's state law claims, this matter is subject to removal pursuant to 28 U.S.C. § 1441(a).

10. "[A]ny civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or the defendants, to the district

court of the United States for the district and division embracing the place where such action is pending." 28 U.S.C. § 1441(a).

11. Pursuant to 28 U.S.C. § 1441(a), the alleged events giving rise to Plaintiff's claims occurred in Kent County, Michigan, in the federal judicial district for the Western District of Michigan, Southern Division, so venue is proper in this Court.

12. Defendant is filing this Notice of Removal within thirty (30) days after service of the Complaint upon it and, therefore, the Notice is timely. 28 U.S.C. § 1446(b).

13. In accordance with 28 U.S.C. § 1446(a), a copy of all pleadings and papers that have been filed and served upon Defendant in the Kent County action are attached to this Notice of Removal. (Ex. A.)

14. Pursuant to 28 U.S.C. § 1446(d), a copy of this Notice of Removal is being served upon Plaintiff and is being filed in the Circuit Court for the County of Kent, Kent County, Michigan.

WHEREFORE, Defendant requests that this action be placed on the docket of this Court for further proceedings as though this action had originally been instituted in this Court, and all further proceeds in the Circuit Court for the County of Kent, Kent County, Michigan, be suspended.

Respectfully submitted,

Dated: September 22, 2026

By: *<u>/s/ Elizabeth Wells Skaggs</u>*

Elizabeth Wells Skaggs (P62133)
Charlotte E. Jolly (P87973)
Varnum LLP
Attorneys for Defendant
Bridgewater Place, P.O. Box 352
Grand Rapids, MI 49501-0352
(616) 336-6000
ewskaggs@varnumlaw.com
cejolly@varnumlaw.com

**CERTIFICATE OF SERVICE**

The foregoing Notice of Removal was served on September 22, 2026, by regular United States mail, postage prepaid; by certified mail, return receipt requested; and by email upon the following party:

Calvin Holtrop, Plaintiff
1043 College Avenue, NE, Apt. 5
Grand Rapids, MI 49503
calvinholtrop@outlook.com

Dated: September 22, 2026

By: */s/ Elizabeth Wells Skaggs*
Elizabeth Wells Skaggs (P62133)